1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

| JACQUELINE TAYLOR, | CASE NO. 15-cv-618-CAB (RBB) |

11
                                    Plaintiff,        ORDER GRANTING JOINT MOTION
                                                      TO DISMISS
12         v.
                                                      [Doc. No. 10]
13   TRANSWORLD SYSTEMS, INC.,

14                                  Defendant.

15

16        The parties' joint motion to dismiss [Doc. No. 10] is **GRANTED**.  This action

17   is dismissed with prejudice, with each party to pay its own costs and attorneys' fees.

18        **IT IS SO ORDERED.**

19

20   DATED:  August 18, 2015

21

22   _____
     **CATHY ANN BENCIVENGO**
23   United States District Judge

24

25

26

27

28